**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23582-LEIBOWITZ/HERNANDEZ**

**WENDY YADIRA GIRON-COLINDRES,**

*Plaintiff,*

*v.*

**MARCO RUBIO, in his official capacity as Secretary of State, *et al.*,**

*Defendants.*
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court the Plaintiff's Notice of Voluntary Dismissal [ECF No. 10], filed October 21, 2026. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice*. The *Clerk of Court* is **DIRECTED** to **CLOSE** this case. All deadlines are **TERMINATED** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 22, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record